FILED

01 MAY 23 PM 2:58

M. L. HATCHER, CLK
U.S. BANKRUPTCY COURT
WD OF WA AT SEATTLE
BY_____
               DEP CLK.

HONORABLE KAREN A. OVERSTREET

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>GARDEN BOTANIKA, INC.,<br><br>           Debtor.<br><br>THE BANKRUPTCY ESTATE OF GARDEN BOTANIKA, INC.,<br><br>           Plaintiff,<br><br>v.<br><br>RANDALL INTERNATIONAL, a California corporation,<br><br>           Defendant. | BANKRUPTCY NO. 99-04464<br><br>ADVERSARY NO. 01-1173<br><br>ANSWER OF RANDALL INTERNATIONAL TO COMPLAINT TO RECOVER AVOIDABLE PREFERENCES AND OBJECTION TO CLAIM AND AFFIRMATIVE DEFENSES |

COMES NOW Randall International, Defendant, by and through its undersigned counsel, and by way of answer to the enumerated Paragraphs in the Plaintiff's Complaint, alleges and avers the following:

1.    Defendant lacks sufficient knowledge to form a conclusion as to the allegations contained in Paragraph 1 of the Complaint and therefore denies the same.

ANSWER OF RANDALL INTERNATIONAL TO COMPLAINT
TO RECOVER AVOIDABLE PREFERENCES AND OBJECTION
TO CLAIM AND AFFIRMATIVE DEFENSES – Page 1

BUSH STROUT & KORNFELD
LAW OFFICES
5500 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ORIGINAL

2. Defendant admits that it is a California corporation. Defendant denies that it is an insider of Garden Botanika, Inc. ("Debtor").

3. Defendant admits the allegation contained in Paragraph 3 of the Complaint.

4. Defendant admits the allegation contained in Paragraph 4 of the Complaint.

5. Defendant lacks sufficient knowledge to form a conclusion as to the allegations contained in Paragraph 5 of the Complaint and therefore denies the same.

6. Defendant lacks sufficient knowledge to form a conclusion as to the allegations contained in Paragraph 6 of the Complaint and therefore denies the same.

7. Defendant lacks sufficient knowledge to form a conclusion as to the allegations contained in Paragraph 7 of the Complaint and therefore denies the same.

8. Defendant lacks sufficient knowledge to form a conclusion as to the allegations contained in Paragraph 8 of the Complaint and therefore denies the same.

9. Defendant lacks sufficient knowledge to form a conclusion as to the allegations contained in Paragraph 9 of the Complaint and therefore denies the same.

10. Defendant denies the allegations set forth in Paragraph 10 of the Complaint.

11. Defendant lacks sufficient knowledge to form a conclusion as to the allegations contained in Paragraph 11 of the Complaint and therefore denies the same.

12. Defendant lacks sufficient knowledge to form a conclusion as to the allegations contained in Paragraph 12 of the Complaint and therefore denies the same.

13. Defendant lacks sufficient knowledge to form a conclusion as to the allegations contained in Paragraph 13 of the Complaint and therefore denies the same.

14. Defendant lacks sufficient knowledge to form a conclusion as to the allegations contained in Paragraph 14 of the Complaint and therefore denies the same.

ANSWER OF RANDALL INTERNATIONAL TO COMPLAINT
TO RECOVER AVOIDABLE PREFERENCES AND OBJECTION
TO CLAIM AND AFFIRMATIVE DEFENSES – Page 2

BUSH STROUT & KORNFELD
LAW OFFICES
5500 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1      15.     Defendant lacks sufficient knowledge to form a conclusion as to the allegations

2 contained in Paragraph 15 of the Complaint and therefore denies the same.

3      16.     Defendant lacks sufficient knowledge to form a conclusion as to the allegations

4 contained in Paragraph 16 of the Complaint and therefore denies the same.

5      17.     Defendant denies the allegations set forth in Paragraph 17 of the Complaint.

6      18.     Defendant admits the allegations set forth in Paragraph 18 of the Complaint.

7      19.     Paragraph 19 expresses statements to which no responsive pleading is required.

8      20.     Defendant denies the allegations set forth in Paragraph 20 of the Complaint.

9      21.     Defendant lacks sufficient knowledge to form a conclusion as to the contents of the

10 Debtor's records and therefore denies the allegations with respect to the same. The remainder of

11 Paragraph 21 expresses statements to which no responsive pleading is required.

12 AFFIRMATIVE DEFENSES

13      1.     On information and belief, the transfers were in payment of debt incurred by the

14 Debtor in the ordinary course of business of the Debtor and Defendant, made in the ordinary course of

15 business of the Debtor and Defendant, and made according to ordinary business terms.

16      2.     On information and belief, after the transfers, Defendant gave new value to or for the

17 benefit of the Debtor which was not secured by an otherwise unavoidable security interest and on

18 account of which new value the Debtor did not make an otherwise unavoidable transfer to or for the

19 benefit of Defendant.

20      3.     Defendant reserves the right to assert and add Affirmative Defenses, Third-Party

21 Defendants, Cross-Claims and/or Counter-Claims as additional discovery may warrant.

22 PRAYER FOR RELIEF

23      WHEREFORE, Defendant prays for the following relief:

ANSWER OF RANDALL INTERNATIONAL TO COMPLAINT
TO RECOVER AVOIDABLE PREFERENCES AND OBJECTION
TO CLAIM AND AFFIRMATIVE DEFENSES – Page 3

BUSH STROUT & KORNFELD
LAW OFFICES
5500 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1.    For dismissal of Plaintiff's claims with prejudice; and

2.    For an award of Defendant's costs in defending this action pursuant to Bankruptcy Rule 7054.

3.    For other relief as the Court deems just and equitable.

DATED this 23rd day of May, 2001.

BUSH STROUT & KORNFELD

By _____
   Aimee S. Willig, WSBA #22859
   Christine M. Tobin, WSBA #27628
   Attorneys for Randall International

ANSWER OF RANDALL INTERNATIONAL TO COMPLAINT
TO RECOVER AVOIDABLE PREFERENCES AND OBJECTION
TO CLAIM AND AFFIRMATIVE DEFENSES -- Page 4

1031 21001 me170606

BUSH STROUT & KORNFELD
LAW OFFICES
5500 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1

## DECLARATION OF SERVICE

I declare that on this 23rd day of May, 2001, I caused a copy of the Answer of Randall International to Complaint to Recover Avoidable Preferences and Objection to Claim and Affirmative Defenses to be:

☒   Hand delivered to:

      Ms. Susan B. Jahnke
      Lane Powell Spears Lubersky
      1420 5th Ave., #4100
      Seattle, WA  98101

I declare under penalty of perjury under the laws of the State of Washington that the foregoing Declaration of Service is true and correct.

Paula J. Sutton
Seattle, Washington

ANSWER OF RANDALL INTERNATIONAL TO COMPLAINT
TO RECOVER AVOIDABLE PREFERENCES AND OBJECTION
TO CLAIM AND AFFIRMATIVE DEFENSES – Page 5

BUSH STROUT & KORNFELD
LAW OFFICES
5500 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104